IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00293-MSK

SARAH WILSON,

    Plaintiff,

v.

JOHNSON & JOHNSON, a New Jersey corporation;
ORTHO-McNEIL PHARMACEUTICAL, INC., a Delaware corporation; and
JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, a New Jersey limited liability company,

    Defendants.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court.

Dated this 20th day of February, 2008.

                                      BY THE COURT:

                                      Marcia S. Krieger
                                      United States District Judge